# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. CHARLES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendants. | 1:09-cv-01873 GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**<br><br>(Doc. 3)<br><br>**ORDER TO SHOW CAUSE** |

On October 26, 2009, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of disability benefits.

This Court, having considered the application to proceed without prepayment of fees pursuant to Title 28 of the United States Code section 1915, hereby ORDERS the application be GRANTED. The Clerk of the Court is directed to file the complaint.

Pursuant to Local Rule 83-183(b), any party appearing in propria persona is required to "keep the Court advised as to his or her current address." Plaintiff has failed to provide the Court with any address whatsoever. The complaint, civil cover sheet and application to proceed are

1  devoid of any contact information for Plaintiff.  The Court has found an address for a Nathaniel
2  J. Charles, within its jurisdiction, at 11665 Sixth Place in Hanford, California 93230-6608.
3  Therefore, the Clerk shall serve the instant order upon Plaintiff Nathan Charles at the
4  aforementioned address.

5      Plaintiff is ordered to show cause why the action should not be dismissed for his failure to
6  comply with the Local Rule 83-183(b).  In this regard, Plaintiff is ORDERED to file a written
7  response to this Order to Show Cause, providing the Court with his current address and telephone
8  contact information, WITHIN thirty (30) days of the date of this Order.

9      Failure to respond to this Order to Show Cause within the time specified will result in
10  dismissal of this action.

13  IT IS SO ORDERED.
14  Dated:   **October 30, 2009**              /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE