# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. CHARLES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendants. | 1:09-cv-01873 GSA<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>(Doc. 4) |

　　　Plaintiff filed his complaint on October 26, 2009; however, Plaintiff did not provide the Court with an address or other contact information. Thus, on October 30, 2009, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for his failure to comply with Local Rule 83-183(b). (Doc. 4.) On November 4, 2009, Plaintiff filed a timely written response to the Order to Show Cause, providing the Court with his current address and telephone number.

　　　Good cause appearing, the Order to Show Cause issued on October 30, 2009, is VACATED.

　　　IT IS SO ORDERED.

Dated:　**November 9, 2009**　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE