# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. CHARLES,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>         Defendants. | 1:09-cv-01873 GSA<br><br>ORDER RE ISSUANCE OF SUMMONS BY THE CLERK AND SERVICE OF THE SUMMONS AND COMPLAINT BY THE UNITED STATES MARSHALL |

   Plaintiff filed his complaint in this matter on October 26, 2009; however, he did not provide the Court with an address or other contact information at that time.  In response to this Court's October 30, 2009, order, Plaintiff timely provided the Court with his address and other contact information. (Docs. 4 & 5.)

   In light of the foregoing, IT IS ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this Order upon the defendant(s) as directed by the Plaintiff.  All costs of service shall be advanced by the United States.

   IT IS SO ORDERED.

   Dated:   **December 15, 2009**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE